UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NICOLE RENA MCCREA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 16-cv-0808 (TSC) |
| ) | |
| **DISTRICT OF COLUMBIA, et al.**, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**

On April 20, 2017, this court held a hearing, at which the court granted *pro se* Plaintiff Nicole Rena McCrea's request that she be allowed to file a Second Amended Complaint. (*See* April 20, 2017 Minute Order). During the hearing, Plaintiff indicated that she had been working on a draft of her Second Amended Complaint, and the court ordered Plaintiff to file her complaint by May 22, 2017, more than one month later. One day after the deadline, the court received Plaintiff's motion requesting an extension through May 26, 2017. (ECF No. 38). Although Plaintiff did not explain why she needed additional time, the court granted her motion and ordered her to file the complaint by June 1, 2017—six days more than she had requested. (May 24, 2017, Minute Order).

Eleven days have passed since that deadline and Plaintiff has not filed the Second Amended Complaint or any other pleadings. The court also notes that Plaintiff

has sought and received approximately seven extensions of time during the course of this litigation, which began approximately thirteen months ago.

Shortly after Plaintiff filed her first complaint, the court entered an order advising Plaintiff of her obligation to comply with the Federal Rules of Civil Procedure, the Local Rules of this court and the all orders of this court.  (ECF No. 2).  In that order, the court also advised Plaintiff that any failure to comply with the rules or the orders of the court might result in dismissal of her lawsuit.  The court also warned Plaintiff during the hearing that she needed to comply with court deadlines.

In light of Plaintiff's failure to comply with the court's order requiring that she file her Second Amended Complaint by June 1, 2017, this action is hereby DISMISSED without prejudice.

The Clerk of the Court shall mail a copy of this order to:

**NICOLE RENA MCCREA**
5205 East Capitol St., SE
Washington, DC 20019

Date:  June 13, 2017

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge