IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NICOLE RENA MCCREA,

    Plaintiff,

v.                                                                                          Civil Action No.: 16-CV-00808-TSC

DISTRICT OF COLUMBIA, et al.

    Defendants,

### PLAINTIFF'S NOTICE OF APPEAL OF THE JUNE 13, 2017 ORDER OF DISMISSAL

I, Nicole Rena McCrea, *Pro Se* Plaintiff, pursuant to Federal Rule of Appellate Procedure: Rules 3(a)(1) and 4(a)(1)(A) respectfully presents the Plaintiff's Notice of Appeal of the June 13, 20167 Order of Dismissal, dismissing the Plaintiff's action without prejudice.

Notice is hereby given that I, Nicole Rena McCrea, *Pro Se* Plaintiff, in the above captioned case, hereby appeals to the United States Court of Appeals for District of Columbia Circuit from the June 13, 2017 Order of Dismissal, Docket No: 42, dismissing the Plaintiff's action without prejudice, entered in this action on the 13th day of June 2017.

Dated: July 12, 2017

                                                                               Respectfully Submitted

                                                                               */s/ Nicole Rena McCrea*
                                                                               Nicole Rena McCrea
                                                                               *Pro Se*
                                                                               5205 East Capitol St., SE
                                                                               Washington, DC 20019
                                                                               E-mail: nmccrea1@jhu.edu
                                                                               202-491-9656

**RECEIVED**

JUL 1 2 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Certificate of Service

I, Nicole Rena McCrea, hereby certify, under penalty of perjury, that on July 12, 2017, pursuant to Federal Rule of Appellate Procedure Rules 3(d), copies of the Plaintiff's Notice of Appeal of the June 13, 2016 Order of Dismissal; the original of the Plaintiff's Motion to Appeal In Forma Pauperis; and the original of the Plaintiff's Affidavit in support of the Plaintiff's Motion to Appeal In Forma Pauperis were provided to the District Court Clerk.

I, Nicole Rena McCrea, hereby certify, under penalty of perjury, that on July 12, 2017, copies of the Plaintiff's Motion to Appeal In Forma Pauperis; and the Plaintiff's Affidavit in support of the Plaintiff's Motion to Appeal In Forma Pauperis were served, on the Defendants, through their respective attorneys of record and to Defendants with notice/served/and attempted to be served but not responsive to this action, as listed below:

1. Ellen Efros, General Counsel for the Council of the District of Columbia and Zach M. Walter Assistant General Counsel for the Council of the District of Columbia, at 1350 Pennsylvania Avenue NW, Suite 4 Washington, DC 20004

2. Steven J. Anderson at 441 4th Street, NW Suite 630 South Washington, DC 20001, for The District of Columbia; D. C. Fire and Emergency Services: Chief Gregory Dean; Travis Chase; Lois Hochhauser; Lela Jones; Josh Henline; Alan Noznesky; William B. Sarvis, Jr and Gitania Stewart-Ponder

3. Eric W. Gunderson Columbia Corporate Park 880 Stanford Boulevard Suite 3100 Columbia, MD 21045 PFC Associates, LLC ; Dr. Olusola Maloma; Dr. Raquel Gordon; and Dr. Marc Cottrell,

4. Mayor Muriel E. Bowser 7927 Orchid Street., NW Washington, DC 20012

5. Former Mayor Vincent Gray 1717 New Jersey Avenue., NW Washington, DC 20001

6. Assistant Attorney General Andrea G. Comantale 2015 Ashliegh Woods Court Rockville, Md 20850

7. Former Fire and EMS Chief Kenneth B. Ellerbe 4527 Alabama Avenue, SE Washington, DC 20019

8. Former Assistant Fire Chief of Services Larry B. Jackson 194 Flight O. Arrows Way Martinsburg, WV 25403

9. Battalion Fire Chief Raymond Gretz  The DC Fire and EMS Department The Frank D. Reeves Center 2000 14th St., NW Suite 500 Washington, DC 20009

10. Battalion Fire Chief Micheal S. Donlon 22 Mile Trl Fairfield, PA  17320

11. Lieutenant John Thornton 10035 Pages Court White Plains, MD 20695

12. Firefighter Michael Harrison The DC Fire and EMS Department The Frank D. Reeves Center 2000 14th St., NW Suite 500 Washington, DC 20009

13. Dr. Gloria Morote 424 S. Washington Suite 1A  Alexandria, VA 22314 and Dr. Gloria Morote

14. 1221 Gibbon Street Alexandria, VA 22314

15. Frieda L. Cardwell 7947 Silver Oak Road Hanover, MD 21076

16. Denise S. Gardner 1508 Fort Davis St., SE Washington, DC 20020

via United States Postal Service, regular Mail via United States Postal Service, regular Mail.

*Nicole Rena McCrea, Pro Se*
5205 East Capitol St., SE
Washington, DC 20019
202/491-9656
nmccrea1@jhu.edu