UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nicole Rena McCrea
_____
        Plaintiff

           vs.                    Civil Action No. 16cv0808-TSC

District of Columbia, et. al.
_____
        Defendant

## NOTICE OF APPEAL

Notice is hereby given this  17th  day of  August , 20 18 , that

Plaintiff Nicole Rena McCrea

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the  18th  day of  July , 20 18

in favor of  District of Columbia, et. al.

against said  Plaintiff Nicole Rena McCrea

_____
        Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

1. Taylor Morosco @Civil Litigation Division, Section III 441 4th St., NW Washington, DC 20001

2. Eric W. Gunderson @ Columbia Corporate Park 8840 Stanford Boulevard Suite 3100 Columbia, MD 21045

3. Ellen A. Efros, Zachary M. Walter and John Hoellen @ COUNCIL OF THE DISTRICT OF COLUMBIA 1350 Pennsylvania Ave., NW Suite 4 Washington, DC 20004

4. Justin M. Flint and Abby A. Franke @ 1629 K St., NW Suite 260 Washington, DC 20006

RECEIVED
AUG 17 2018
Clerk, U.S. District and
Bankruptcy Courts