UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE RENA MCCREA,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>*Defendants.* | Civil Action No. 1:16-cv-00808-TSC |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Please withdraw the appearance of Assistant Attorney General Michelle G. Hersh and enter the appearance of Assistant Attorney General Adam P. Daniel as counsel for Defendants the District of Columbia, Mayor Muriel Bowser, Gregory Dean, Kenneth B. Ellerbe, Raymond Gretz, Michael S. Donlon, Josh Henline, Gitana Stewert-Ponder, Alan Noznesky, Travis Chase, William B. Sarvis, Jr., Frieda L. Caldwell, Denise S. Gardner, Lela Jones, and the District of Columbia Police and Firefighters' Retirement and Relief Board in the above-captioned matter.

Date: January 27, 2021                    Respectfully submitted,

                                                                 KARL A. RACINE
                                                                  Attorney General for the District of Columbia

                                                                  CHAD COPELAND
                                                                  Deputy Attorney General
                                                                  Civil Litigation Division

                                                                  */s/ Alicia M. Cullen*
                                                                  ALICIA M. CULLEN [1015227]
                                                                  Chief, Civil Litigation Division Section III

                                                                  */s/ Adam P. Daniel*
                                                                  ADAM P. DANIEL [1048359]
                                                                  Assistant Attorney General

Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: 202-442-7272
Fax: 202-400-2675
Email: adam.daniel@dc.gov
*Counsel for Defendants District of Columbia, Mayor Muriel Bowser, Gregory Dean, Kenneth B. Ellerbe, Raymond Gretz, Michael S. Donlon, Josh Henline, Gitana Stewert-Ponder, Alan Noznesky, Travis Chase, William B. Sarvis, Jr., Frieda L. Caldwell, Denise S. Gardner, Lela Jones, and the District of Columbia Police and Firefighters' Retirement and Relief Board*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I served a copy of the foregoing Notice of Substitution of Appearance via first class mail, postage pre-paid, to:

Nicole Rena McCrea
5205 East Capitol Street, SE
Washington, D.C. 20019
*Pro se Plaintiff*

                                        */s/ Adam P. Daniel*
                                        ADAM P. DANIEL
                                        Assistant Attorney General