UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NICOLE RENA MCCREA,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>*Defendants.* | Civil Action No. 1:16-cv-00808-TSC |

**DEFENDANTS DISTRICT OF COLUMBIA AND TRAVIS CHASE'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER PARTIALLY DENYING THEIR MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Local Rule 7(m) and the Court's April 16, 2021 Minute Order, I certify that I contacted Plaintiff by email on June 7 and 8, 2021, to ascertain her position on this motion. Plaintiff emailed me on June 9, 2021, representing that she is opposed to this motion.

Pursuant to Fed. R. Civ. P. 7(b), 54(b), and 60(b)(6), Defendants District of Columbia and Travis Chase (collectively, the remaining District Defendants), move for reconsideration of the Court's Mach 31, 2021 Order [116] partially denying their motion to dismiss [79] Plaintiff's Second Amended Complaint [68]. If the motion is granting in full, it will dispose of all remaining claims against the remaining District Defendants.

A memorandum of points and authorities in support of this request and a proposed order are attached for the Court's consideration.

Date: June 14, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

>CHAD COPELAND
>Deputy Attorney General
>Civil Litigation Division
>
>*/s/ Alicia M. Cullen*
>ALICIA M. CULLEN [1015227]
>Chief, Civil Litigation Division, Section III
>
>*/s/ Adam P. Daniel*
>ADAM P. DANIEL [1048359]
>Assistant Attorney General
>Civil Litigation Division
>400 6th Street, NW
>Washington, D.C. 20001
>Phone:  (202) 442-7272
>Email:   adam.daniel@dc.gov
>*Counsel for Defendants District of Columbia and Travis Chase*

## LCvR 7(m) CERTIFICATION

I certify that I contacted Plaintiff by email on June 7 and 8, 2021, to ascertain her position on this motion. Plaintiff emailed me on June 9, 2021, representing that she is opposed to this motion.

>*/s/ Adam P. Daniel*
>ADAM P. DANIEL
>Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I certify that on June 14, 2021, I emailed a copy of this motion to Plaintiff. On June 14, 2021, I also emailed and arranged* for a staff assistant in my office to serve a copy of the foregoing motion via certified mail to the following address:

Nicole Rena McCrea
5205 East Capitol Street, SE
Washington, D.C. 20019
nrmccrea@yahoo.com

                                      */s/ Adam P. Daniel*
                                      ADAM P. DANIEL
                                      Assistant Attorney General

---

\*     Due to the COVID-19 pandemic, the Office of the Attorney General is operating under an emergency telework policy. Select staff are only physically in the office on certain days.